Need ATTorney

March 10- 2007 SS 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 A# 036684817

To the u.s. district sourt sudges my name is pedro o. pires Gomes i am curruntly being held at Donald w. wyatt Detention Facility on an Final-order of deportation For six and half months and i have cooparated with I.C.E to remove me From the united state by giving my passport to them and calling my consulate, plus sending numerals letter and request Form to remind them, what ever they need From me to make the dEportation successful, they have my Full attention? i have got know respond of any kind From the I.C.E. tree months ago i was taken to south Bay prison I.C.E office to call my consulate to make the process Faster For them to deport me still i have no answear or respond From any one regarding what they are going to do with me

i have five sons all born in the united state to support and they're mother's are strugling very hard to keep up with the bills, rent, car insurance and me being in prison in this manner with out any judgement is injustice and it is not helping any one. I Full trade in autoBody collision and Frame and i have been offered job's in the united state and out of the united state.

with all the respect in the world an (court appointed ATTorney) will be most grateful to help me to be free from further inprisonment.

i am Sorry For all the problem i have caused to any one and a change has been in progress For very long time and continuing, to be a better person and citizen in any community.

Thank you For your help i and my Family would appreciate the help.

Cincerly Pedro James