UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO GOMES, Petitioner, | : | |
| v. | : | CA 07-096 ML |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Respondent. | : | |

**ORDER**
**RE FILING FEE**
**AND REQUEST FOR APPOINTMENT OF COUNSEL**

On March 14, 2007, the Court received a letter from Petitioner Pedro Gomes ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island. In the letter Petitioner states that he has been held on a final order of deportation for six and a half months and that during this time he has cooperated with Respondent but he still has not been deported. He requests that the Court appoint an attorney for him to help him in obtaining his release.

The Court treats the letter as a petition for a writ of habeas corpus. The filing fee for a petition of habeas corpus is five dollars. Petitioner is advised that within twenty-one (21) days of the date of this Order he must either pay the filing fee of five dollars or file a properly completed application to proceed in forma pauperis. Failure to do so will result in this Magistrate Judge making a recommendation that his petition be dismissed.

The Court will defer action on Petitioner's request for the appointment of counsel until after it has received a response from the Bureau of Immigration and Customs Enforcement.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 16, 2007

BY ORDER:

Deputy Clerk