UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO GOMES,<br>Petitioner,<br><br>v.<br><br>BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-096 ML |

**ORDER**
**DIRECTING RESPONSE**

On March 14, 2007, the Court received a letter from Petitioner Pedro Gomes ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island. In the letter Petitioner states that he has been held on a final order of deportation for six and a half months and that during this time he has cooperated with Respondent but he still has not been deported. He requests that the Court appoint an attorney for him to help him in obtaining his release. On March 16, 2007, the Court issued an order stating that it would treat Petitioner's letter as a petition for a writ of habeas corpus and that it would defer action on the request for appointment of counsel until after it had received a response from the Bureau of Immigration and Customs Enforcement.

Accordingly, the Bureau of Immigration and Customs Enforcement is hereby directed to file a response to the Petition within thirty days of the date of this Order. The Clerk shall attach a copy of Petitioner's letter to this Order and sens it to the Office of the United States Attorney for the District of Rhode Island. That Office shall either file the required response or forward this Order to appropriate governmental agency.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 16, 2007

BY ORDER:

Deputy Clerk