# ATTACHMENT A

DECLARATION OF DEPORTATION OFFICER RICHARD SIMMONS

Pursuant to the authority of 28 U.S.C. § 1746, I, RICHARD SIMMONS, a Deportation Officer at the Boston, Massachusetts, office of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), declare as follows:

1. I am a Deportation Officer at the Boston, Massachusetts, office of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE").

2. Included in my official duties as a Deportation Officer is the responsibility for supervising and monitoring the execution of orders of removal and deportation and the scheduling of such removals.

3. As an ICE Deportation Officer in Boston, I am familiar with the day-to-day mechanisms of scheduling execution of removal orders and of the process of obtaining the necessary clearances and authorizations for removal (i.e., the "travel documents") from the foreign governments to which removal has been ordered.

4. Upon review of ICE records available to me as a Deportation Officer, I have examined the ICE detention history of Pedro GOMES, Administrative File No. A36 684 817.

5. Upon review of the records available to me as a Deportation Officer for ICE, I declare that Pedro GOMES is subject to a final administrative order of removal and has been continuously in ICE custody since August 25, 2006, pending completion of the necessary clearances and authorizations from the Cape Verde government required to remove Mr. GOMES from the United States.

6. The necessary authorizations and clearances have now been received by ICE, and Mr. GOMES has now been scheduled for removal from the United States on May 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Date: April 3, 2007

Signature: Richard C. Simmons

Richard Simmons
Deportation Officer
U.S. Dept. Homeland Security
Bureau of Immigration & Customs Enforcement
Boston, Massachusetts