UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO GOMES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | C. A. No. 07-096-ML |
| v. | ) | |
| | ) | |
| BUREAU OF IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT, | ) | |
| Respondent[1] | ) | |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on May 27, 2007**.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: dulce.donovan@usdoj.gov

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of April, 2007, I electronically filed the within Respondent's Notice of Intent to Execute Removal Order with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. A copy of this document has been forwarded by regular mail, to Pedro Gomes, Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI 02863.

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov