UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PEDRO GOMES,
Petitioner,

v. CA 07-096 ML

BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
Respondent.

**ORDER**
**DENYING WITHOUT PREJUDICE**
**REQUEST FOR APPOINTMENT OF COUNSEL**

Before the Court is the request of Petitioner Pedro Gomes ("Petitioner"), a prisoner at the Wyatt Detention Facility in Central Falls, Rhode Island, for the appointment of counsel. In view of the representation of Respondent Bureau of Immigration and Customs Enforcement that Petitioner has been scheduled for removal from the United States on May 27, 2007, see Return and Memorandum of Law in Support of Motion to Dismiss at 3; see also id., Attachment A (Declaration of Deportation Officer Richard Simmons) ¶ 6, the request for the appointment of counsel is DENIED without prejudice. If Petitioner is not removed from the United States by May 27, 2007, he may renew his request for the appointment of counsel.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 19, 2007