UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PEDRO GOMES

v. CA 07-096 ML

BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT

ORDER

Respondent is hereby ordered to supplement its Motion by filing a Notice of Execution of Petitioner's removal on or before May 30, 2007. Upon receipt of said notice, this action will be dismissed as moot.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May 9, 2007