CA 07-96ML

RECEIVED

MAY 03 2007

Property of U.S. District Court
District of Rhode Island

April - 30 - 2007

A RELIEF From FurTHer unlawFul DeTenTion

to the judge of the united state district court

it is now 8 months after being taken into custody i am writting this letter to explain how i.c.e has no intention to execute the order of removal deportation against me on may 27-2007 becaus they had a First date to remove me on may-11-2007 and they changed that date before answering to my First complaint to the U.S. District court with out any explanation to why the date was moved extended and since on Declaration of Deportation officer Richard simmons states the reason why i have remain detained all this time and being danger to the community or Flight Risk is not one of those reason and state Facts is they had no "clearances authorization" or "travel document" From the Foreign governments to remove me From detention or deport me to my country of origin

i would like to ask the court of the land to examined my detention pending the [redacted] execution of the final order of removel To assure that i.c.e abides to its sworn statement to remove Pedro O. Pires Gomes on May-27-2007 without any Further execuse or delay.

my mother needs me my children needs me Financialy mortaly, me being inprisoment continualy is effectin my childrem's mentaly and i know this court has the power to end this barbarrecit effection on

all of our life's Please please

A# 036684817 SS# 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

Thank you Pedro [illegible]