UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO GOMES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | C. A. No. 07-096-ML |
| v. | ) | |
| | ) | |
| BUREAU OF IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Respondent | ) | |

**RESPONDENT'S MOTION TO FILE OUT OF TIME**

Respondent hereby requests that this Court grant it leave to file its Supplement to Motion to Dismiss out of time, which was originally due on May 30, 2007.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: dulce.donovan@usdoj.gov

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 1st day of June, 2007, I electronically filed the within Respondent's Motion to File Out of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. A copy of this document has been forwarded by regular mail, to Pedro Gomes, at his last known address, Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI 02863.

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov