UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO GOMES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | C. A. No. 07-096-ML |
| v. | ) | |
| | ) | |
| BUREAU OF IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| Respondent | ) | |

**RESPONDENT'S SUPPLEMENT TO MOTION TO DISMISS**

Respondent hereby supplements its motion to dismiss to notify the Court of Petitioner's removal. Undersigned counsel was informed on May 31, 2007, by Deportation Officer Robert Minard, at the Boston, Massachusetts Office of the United States Department of Homeland Security, Immigration and Customs Enforcement, that Petitioner was removed from the United States on May 27, 2007. Respondent therefore requests that the within action be dismissed as moot.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 1st day of June, 2007, I electronically filed the within Respondent's Supplement to Motion to Dismiss with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. A copy of this document has been forwarded by regular mail, to Pedro Gomes, at his last known address, Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI 02863.

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov